**Order entered May 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00414-CV

### MARY HELEN WILLIAMS-WHITE, Appellant

### V.

### HENRY M. WHITE, Appellee

**On Appeal from the 59th Judicial District Court
Grayson County, Texas
Trial Court Cause No. FA-12-0829**

## ORDER

On April 28, 2014, the Court received appellant's brief. In a notice dated May 5, 2014, the Court sent appellant a defective brief notice instructing her to file, within ten days, an amended brief that complies with Rule 38.1 of the Texas Rules of appellate procedure.

On May 14, 2014, appellant filed a motion for an extension of time to file an amended brief. Appellant asks that the Court give her nine months to hire an attorney. We hold pro se litigants to the same standards as licensed attorneys and require them to comply with applicable laws and rules of procedure. *Mansfield State Bank v. Cohn,* 573 S.W.2d 181, 184–85 (Tex. 1978). Accordingly, we **GRANT** appellant's motion **TO THE EXTENT** that appellant shall file an amended brief **ON OR BEFORE JULY 18, 2014**. We **CAUTION** appellant that if she

fails to file an amended brief by **July 18, 2014**, the appeal will be submitted on the brief received

by this Court on April 28, 2014.

/s/      ADA BROWN
             JUSTICE